Motion for *mandamus* overruled.

---

DANIEL LAKE and REUBEN VANKIRK *against* BENJAMIN MERRILL.

## CERTIORARI.

If judgment is rendered for a sum exceeding the amount mentioned in the state of demand, the judgment will be reversed.

Sutphin *v.* Tunison.

By THE COURT. The sum demanded by the plaintiff in the state of demand filed before the justice is $37.92, and judgment was rendered on the appeal in his favor for a larger sum $40.04 debt besides costs. On this ground the judgment was reversed in *Hawk* v. *Anderson,* 4 *Halst.* 319.

                                          Judgment reversed.